UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6(lc)

**CIVIL MINUTES - GENERAL**

SA

| Case No. | CV 14-1002 PSG (Anx) | Date | December 15, 2014 |
|---|---|---|---|
| Title | Paula Ray v. Attorney General of Massachusetts, *et al.* | | |

| Present: The Honorable | Philip S. Gutierrez, United States District Judge |
|---|---|
| Wendy Hernandez | Not Reported |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
| Not Present | Not Present |

**Proceedings (In Chambers):** **Order Dismissing Defendants Federal Bureau of Investigation and the United States Attorney General from this action.**

Plaintiff filed a lawsuit against Defendants Federal Bureau of Investigation and the United States Attorney General (together "Defendants") on July 15, 2014. Dkt. # 1. On November 6, 2014, the Court issued an Order to Show Cause ("OSC") by December 1, 2014 why the Court should not dismiss Defendants since Plaintiffs had not filed proof of service showing proper service under Fed. R. Civ. P. 4. Dkt. # 14. To date, Plaintiff has not responded to the Court's OSC.

Accordingly, the Court DISMISSES Defendants Federal Bureau of Investigation and the United States Attorney General from this action.

**IT IS SO ORDERED.**